UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
JEANNETTE FIGUEROA,
On behalf of herself and others similarly situated,

                Plaintiff(s),

   -against-                Civil Action No.: 23-cv-04729

MAYFLOWER INTERNATIONAL HOTEL
GROUP INC, d/b/a Mayflower Hotel and
      d/b/a Wyndham Garden;
YAN ZHI HOTEL MANAGEMENT INC,
      d/b/a Mayflower Hotel and
      d/b/a Howard Johnson Hotel;
WEIHONG HU,
      a/k/a Wei Hong Hu,
HENLEY LIANG,
              Defendants.
---------------------------------------------------------------------X

## NOTICE OF APPEARANCE

TO:   THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

     PLEASE TAKE NOTICE that Bo Chen, associated with KEVIN KERVENG TUNG, P.C. hereby enters her appearance as counsel on behalf of Defendants MAYFLOWER INTERNATIONAL HOTEL GROUP INC, YAN ZHI HOTEL MANAGEMENT INC, WEIHONG HU, and HENLEY LIANG, and requests that all notices be sent to the address below.

Dated:  October 10, 2023          KEVIN KERVENG TUNG, P.C.

                                      /s/    Bo Chen

                                  _____
                               By:     Bo Chen, Esq. [BC-3831]
                               Address: KEVIN KERVENG TUNG, P.C.
                                          136-20 38th Avenue, Ste. 3D
                                          Flushing, NY 11354
                               Email:    bchen@kktlawfirm.com
                               Tel:      (718) 939-4633
                               Fax:      (718) 939-4468