# KEVIN KERVENG TUNG, P.C.

Attorneys and Counselors at Law

Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354

Bo Chen, Esq.
Writer's direct e-mail:
bchen@kktlawfirm.com

Tel: (718) 939-4633
Fax: (718) 939-4468

www.kktlawfirm.com

November 21, 2024

**Via ECF**

Hon. Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Defendants' Motion for Leave to file Sealed Responses and Opposition to Plaintiff's Motion to Compel and Sanction for Figueroa v. Mayflower Int. Hotel Group, et al. Case No. 23-cv-4729**

Dear Hon. Kuo:

    I am the attorney on behalf of Defendants in the above referenced action. I am submitting this letter as an application for leave to file Defenandents' responses and opposition with supporting documents in response to Plaintiff's motion to compel and sanction under seal.

    Defendants move for leave to file defendant's responses and opposition under seal because the criminal proceedings information included in the responses and supporting documents provided by defendant's criminal defense counsel in attached exhibit, which shall be sealed from public review required by the law.

    Defendants respectfully request this court to review the attached responses and supporting documents and grant the motion for leave for sealed filing or any other or further relief this court deems just and proper.

Respectfully submitted,
KEVIN KERVENG TUNG, P.C.
Attorney for Defendants

/s/ Bo Chen

_____

By: Bo Chen, Esq. [BC-3831]