**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
JEANNETTE FIGUEROA,
*on her own behalf and on behalf of others similarly situated*

                             Plaintiff,

                       v.

MAYFLOWER INTERNATIONAL HOTEL GROUP INC
    d/b/a Mayflower Hotel and
    d/b/a Wyndham Garden;
YAN ZHI HOTEL MANAGEMENT INC
    d/b/a Mayflower Hotel and
    d/b/a Howard Johnson Hotel;
WEIHONG HU
    a/k/a Wei Hong Hu
HENLEY LIANG

                            Defendants.
-----------------------------------------------------------------------x

Case No. 23-cv-04729

**NOTICE OF MOTION FOR SANCTIONS AGAINST MAYFLOWER INTERNATIONAL HOTEL GROUP INC d/b/a Mayflower Hotel and d/b/a Wyndham Garden and YAN ZHI HOTEL MANAGEMENT INC. d/b/a Mayflower Hotel d/b/a Howard Johnson Hotel**

       **PLEASE TAKE NOTICE** that upon the annexed Declaration of John Troy, sworn to on June 2, 2025, and all exhibits attached thereto, upon the memorandum of law in support, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the United States District Court Eastern District Court of New York, before the Honorable Peggy Kuo for an Order:

    (1) Imposing appropriate sanctions, including but not limited to (1) rendering a default against the Corporate Defendants MAYFLOWER INTERNATIONAL HOTEL GROUP INC d/b/a Mayflower Hotel and Wyndham Garden; (2) awarding Plaintiff fees and costs against Defendants associated with the bringing of this motion, (3) providing an adverse inference charge to the jury at the time of trial, and (4) prohibiting Defendants from presenting evidence as to the employment policies relating to discrimination and sexual harassment relating to Defendants' failure to produce a 30(b)(6) witness for the two corporate Defendants, MAYFLOWER

INTERNATIONAL HOTLE GROUP INC d/b/a Mayflower Hotel and Wyndham Garden and YAN ZHI HOTEL MANAGEMENT INC d/b/a Mayflower Hotel and d/b/a Johnson Hotel.

(2) Awarding such other and further relief as to this Court may seem just and proper.

Dated: Flushing, New York
June 2, 2025

                                      TROY LAW, PLLC
*Attorneys for Plaintiff*

                                      */s/ John Troy*
John Troy
Aaron Schweitzer
Tiffany Troy