# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

June 25, 2025

<u>**Via ECF**</u>
Hon. Ramon E. Reyes U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**  **<u>Letter Concerning Separate Filing of Jury Charge</u>**
    **<u>1:23-cv-04729-RER-PK</u>** *<u>Figueroa v. Mayflower International Hotel Group Inc et al</u>*

Your Honor,

  This office represents the Plaintiff in the above-referenced matter. We write to respectfully inform Your Honor that Plaintiff's overtures for the submission of joint proposed requests to charge has been unsuccessful due to the fact that Defendants have indicated to Plaintiff's counsel on October 3, 2025 in the morning that Defendants do not intend to join Plaintiff's Jury Charge but intend to separately file their own Jury Charge, notwithstanding the Court's express orders for joint submissions of the proposed request to charge, voir dire questions and verdict form. *See* Trial Management Order dated May 21, 2025. Plaintiff has previously sent to Defendants a draft of the Voir Dire, Jury Charge and Verdict Sheet on September 28, 2025, with a requested response date of October 2, 2025 at 5 p.m. with the first round of edits.

  The parties have agreed to the form of the Verdict Sheet, which was filed, and are working to finalize the Voir Dire Questions by the due date of October 6, 2025.

  We thank the Court for its time and consideration in this matter and apologize for any inconvenience.

              Respectfully Submitted,

              /s/ John Troy_____
               John Troy
              *Attorney for Plaintiff*

*Cc:* all Counsel of record *via* ecf
*JT/mh*