UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JEANNETTE FIGUEROA,
*on her own behalf and on behalf of others similarly situated,*

                                Plaintiff,        Case No. 23-cv-04729 (RER) (PK)

                 v.                             **JOINT NEUTRAL CASE STATEMENT**

MAYFLOWER INTERNATIONAL HOTEL GROUP
    INC
    d/b/a Mayflower Hotel
    d/b/a Wyndham Garden,
YAN ZHI HOTEL MANAGEMENT INC
    d/b/a Mayflower Hotel
    d/b/a Howard Johnson Hotel,
WEIHONG HU
    a/k/a Wei Hong Hu, and
HENLEY LIANG,

                                Defendants.
-------------------------------------------------------------------x

      This is a civil matter in which the Plaintiff, JEANETTE FIGUEROA ("Plaintiff"), alleges that the Defendants MAYFLOWER INTERNATIONAL HOTEL GROUP INC d/b/a Mayflower Hotel d/b/a Wyndham Garden; YAN ZHI HOTEL MANAGEMENT INC d/b/a Mayflower Hotel d/b/a Howard Johnson Hotel; WEIHONG HU a/k/a Wei Hong Hu, and HENLEY LIANG violated Plaintiff's statutory rights under Title VII of the Civil Rights Act of 1964 ("Title VII"), the New York State Human Rights Law ("SHRL"), and New York City Human Rights Law ("CRL") by creating an unlawful hostile work environment based upon Plaintiff's sex. Plaintiff, ~~a female assistant manager, contends~~ a front desk receptionist, alleged that she ~~routinely~~ suffered a variety of plainly unwelcome gender-based harassment by shelter residents~~: sexual propositions, threats of sexual assault, intentional display of their genitalia to Plaintiff and the cleaning staff, and gender-based slurs. Plaintiff claims (1) that~~ Defendant did not take action to address complaints of sexual harassment from shelter residents ~~and abuse but~~

~~rather brushed off, laughed at, and told Plaintiff to "bear with it", (2) that Defendants pressured Plaintiff to not file reports;~~ (3) ~~that Defendant rejected Plaintiff's transfer request.~~

Defendants denied all the charges against them based on Title VII and related state and city law because Howard Johnson Hotel was drafted by New York City (or its agency) as a shelter for the mentally challenged people (called "residents") during the employment of Plaintiff and the management of the shelter including the security of shelter and management of residents was sole responsibility of the City according to the contract; (2) the alleged harasser of Plaintiff is a shelter resident, but not Plaintiff's employer, supervisor or co-worker, thus Defendants has no control or right to control; and (3) the alleged injury of Plaintiff was not caused by sexual harassment or sexual discrimination.

On the basis of this brief description, is there any reason why any of you would be unable to sit as a juror and decide this case only on the basis of the evidence that you hear and the law as the Court instructs you?

Respectfully submitted,

<u>Plaintiff</u>
Aaron B. Schweitzer
John Troy
Tiffany Troy
41-25 Kissena Blvd, Suite 110
Flushing, NY 11355
Tel: (718) 762-1324
Email: TroyLaw@TroyPllc.com

<u>Defendants</u>
Kevin Kerveng Tung
Bo Chen
Kevin Kerveng Tung, P.C.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354
Tel: 718- 939- 4633
Email: bchen@kktlawfirm.com

_____
Aaron B. Schweitzer, Esq.

_____
Bo Chen, Esq.