UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JEANNETTE FIGUEROA,

                    Plaintiff,

    -against-

MAYFLOWER INTERNATIONAL HOTEL GROUP
INC, d/b/a Mayflower Hotel, d/b/a Wyndham Garden,
YAN ZHI HOTEL MANAGEMENT INC, d/b/a Mayflower
Hotel, d/b/a Howard Johnson Hotel,

                    Defendants.
----------------------------------------------------------------X

**VERDICT SHEET**

23-CV-04729 (RER) (PK)

Please answer the following questions according to the principles of law as instructed by the Court and the facts as you find them. Your answers to each question must be unanimous.

## NEW YORK STATE HUMAN RIGHTS LAW

1. DID PLAINTIFF PROVE, BY A PREPONDERANCE OF THE EVIDENCE, THAT DEFENDANTS CREATED A HOSTILE WORK ENVIRONMENT ON THE BASIS OF HER SEX IN VIOLATION OF NEW YORK STATE HUMAN RIGHTS LAW ("NYSHRL")?

    YES __✓__    NO _____

Proceed to Question #2, on page 2.

## NEW YORK CITY HUMAN RIGHTS LAW

2. DID PLAINTIFF PROVE, BY A PREPONDERANCE OF THE EVIDENCE, THAT DEFENDANTS CREATED A HOSTILE WORK ENVIRONMENT ON THE BASIS OF HER SEX IN VIOLATION OF NEW YORK CITY HUMAN RIGHTS LAW ("NYCHRL")?

   YES ✓     NO ____

   If you answered "YES" to either Questions #1 or #2, proceed to Question #3.

   If you answered "NO" to both Questions #1 and #2, please turn to Page 3 and sign and date where indicated.

## COMPENSATORY DAMAGES

3. DID PLAINTIFF PROVE, BY A PREPONDERANCE OF THE EVIDENCE, THAT SHE HAS SUFFERED DAMAGES BECAUSE OF DEFENDANTS' VIOLATION OF THE NYSHRL AND/OR NYCHRL?

   YES ✓     NO ____

   If you answered "YES" to Question #3, then proceed to Question #4.

   If you answered "NO" to Question #3, please turn to Page 3 and sign and date where indicated.

4. STATE BELOW THE AMOUNT OF COMPENSATORY DAMAGES AWARDED:

   $ 1,650,000

   If you answered "YES" to Question #2, then proceed to Question # 5 on page 3.

   If you answered "NO" Question #2, please turn to Page 3 and sign and date where indicated.

## PUNITIVE DAMAGES

5. DID PLAINTIFF PROVE, BY A PREPONDERANCE OF THE EVIDENCE, THAT THAT SHE IS ENTITLED TO AN AWARD OF PUNITIVE DAMAGES AGAINST DEFENDANTS UNDER THE NYCHRL?

    YES ✓    NO ____

    If your answer is "YES," then proceed to Question #6.

    If your answer is "NO," please sign and date where indicated below.

6. STATE BELOW THE AMOUNT OF PUNITIVE DAMAGES AWARDED:

    $ 2,000,000

When your deliberations are complete, have the foreperson sign and date the special verdict sheet below, and notify the Deputy Marshal that you have reached a verdict.

SIGNED: _[signature]_
Foreperson

DATED: 10/23/25

3