# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Jeannette Figueroa<br>*Plaintiff*<br>v.<br>Mayflower International Hotel Group, Inc., et al.<br>*Defendant* | )<br>)<br>)   Civil Action No. 1:23-cv-04729-RER-PK<br>)<br>) |

## AMENDED
## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Jeanette Figueroa recover from the defendant *(name)* Mayflower International Hotel Group, Inc. and Yan Zhi Hotel Management, Inc. the amount of Three Million Six Hundered FiftyThousand dollars ($ 3,650,000.0 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Ramón E. Reyes, Jr. presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 10/28/2025

CLERK OF COURT

/s/ Miriam Vertus

*Signature of Clerk or Deputy Clerk*