UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JEANNETTE FIGUEROA,
*on her own behalf and on behalf of others similarly situated,*

                                 Plaintiff,      Case No. 23-cv-04729 (RER) (PK)

           v.                              **NOTICE OF APPEAL**

MAYFLOWER INTERNATIONAL HOTEL GROUP
     INC
        d/b/a Mayflower Hotel
        d/b/a Wyndham Garden,
YAN ZHI HOTEL MANAGEMENT INC
        d/b/a Mayflower Hotel
        d/b/a Howard Johnson Hotel,
WEIHONG HU
        a/k/a Wei Hong Hu, and
HENLEY LIANG,
                             Defendants.
------------------------------------------------------------------ x

      NOTICE is hereby given that JEANETTE FIGUEROA in the above-named case hereby appeals to the United States Court of Appeals for the Second Circuit from the final Judgment entered in this action on October 27, 2025, and amended on October 28, 2025 (Docket Entry No. 71).

Dated: Flushing, NY
       November 28, 2025

                                                    Troy Law, PLLC
                                                    */s/ John Troy*
                                                    John Troy
                                                    41-25 Kissena Boulevard
                                                    Suite 110
                                                    Flushing, NY 11355
                                                    (718) 762-1324
                                                    troylaw@troypllc.com
                                                    *Attorneys for Plaintiff/Petitioner*

1